UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                           **ORDER**
                             Criminal File No. 15-114 (MJD/TNL)

(1) PATRICK JON EVERS,

      Defendant.

Manda M. Sertich, Assistant United States Attorney, Counsel for Plaintiff.

Frederick J. Goetz, Goetz & Eckland PA, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated September 22, 2015. Defendant Patrick Jon Evers filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Leung dated September 22, 2015.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated September 22, 2015 [Docket No. 39].

2. Defendant's Motion to Suppress Statements [Docket No. 27] is **DENIED**.

Dated:  November 3, 2015                s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court Judge