# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.	**ORDER**
	Criminal File No. 15-114 (MJD/TNL)

(1) PATRICK JON EVERS,

      Defendant.

LeeAnn K. Bell, Kevin S. Ueland, and Manda M. Sertich, Assistant United States Attorneys, Counsel for Plaintiff.

Frederick J. Goetz, Goetz & Eckland PA, Counsel for Defendant.

Based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

Defendant's Motion for Reconsideration of Order Granting Government's Motion to Exclude Testimony of Joseph Warpeha, Ph.D. [Docket No. 81] is **DENIED**.

Dated:  March 14, 2016	s/ Michael J. Davis
	Michael J. Davis
	United States District Court